**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6905**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RICHARD ARLEE CHAMPION,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:17-cr-00046-MR-WCM-5)

Submitted:  April 16, 2024                                    Decided:  April 17, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Richard Arlee Champion, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Arlee Champion appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  We review a district court's order denying a compassionate release motion for abuse of discretion.  *United States v. Centeno-Morales*, 90 F.4th 274, 280 (4th Cir. 2024).  We have reviewed the record and conclude that the district court did not abuse its discretion.  Accordingly, we affirm the district court's order.  *United States v. Champion*, No. 1:17-cr-00046-MR-WCM-5 (W.D.N.C. Aug. 29, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*